*HHN*

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

APR 3 0 2008
*APR 30 2008*
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Heriberto Rios
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cermak Health Services of Cook county
DR. Sergio Rodriguez med. Dir
DR. Connie Manella Asst. Dir
DR. Defuniak m.D.
DR. Tremel P.A
MS. Laury Head Nurse
MS Mohammed Sup. Nurse
Nurse Garbo, Nurse Willis
Nurse McBride, Nurse Davis
Nurse Moss
Nurse Jackie
_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV2596**
**JUDGE CONLON**
Ca **MAG. JUDGE NOLAN**
(To ~~be supplied by the Clerk of this Court~~)

**CHECK ONE ONLY:**

✗    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
     **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.   Plaintiff(s):**

A.   Name:   _Heriberto Rios_

B.   List all aliases:   _N/A_

C.   Prisoner identification number:   _2008 000 3535_

D.   Place of present confinement:   _Cook County Jail_

E.   Address:   _2650 S. California, Chgo., IL. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant:   _Cermak Health Services of Cook County_

Title:   _Health Care Provider_

Place of Employment:   _Cook County Jail_

B.   Defendant:   _Dr. Sergio Rodriguez_

Title:   _Medical Director_

Place of Employment:   _Cook County Jail_

C.   Defendant:   _Dr. Connie Manella_

Title:   _Assistant Director_

Place of Employment:   _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. DEFENDANT: DR. DERNIAL

Title: Medical Doctor

Place of Employment: Cook County Jail

E. Defendant: DR. Tremel

Title: Physicians Assistant

Place of Employment: Cook County Jail

F. Defendant: Ms. Laury

Title: Head Nurse

Place of Employment: Cook County Jail

G. Defendant: Ms. Mohammed

Title: Supervising Nurse

Place of Employment: Cook County Jail

H. Defendant: Ms. Garbo

Title: Nurse

Place of Employment: Cook County Jail

I. Defendant: Ms. McBride

Title: Nurse

Place of Employment: Cook County Jail

J. Defendant: Ms. Moss

Title: Nurse

Place of Employment: Cook County Jail

K. Defendant: Ms. Jackie

Title: Nurse

Place of Employment: Cook County Jail

L. Defendant: Ms. Willis

Title: Nurse

Place of Employment: Cook County Jail

M. Defendant: Ms. Davis

   Title: Nurse

   Place of Employment: Cook County Jail

N. Defendant: _____

   Title: _____

   Place of Employment: _____

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:** NONE

    A.    Name of case and docket number: _____

            _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

            _____

            _____

            _____

    D.    List all defendants: _____

            _____

            _____

            _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

            _____

    G.    Basic claim made:_____

            _____

            _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

            _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In the month of April 2006, there were discrepencies with the dispensing of medical supplies, specifically urethral catheters. I began suffering Problems & Pains in my bladder Area. I informed Nurses; Moss, McBride, Davis, Garbo and Jackie at different Times And Occasions and only Received Complaints. I began writting Grievances in Reference to Lack of Supplies, but was only Referred To Patient Care Services, which Didn't help. My Appeals to these Grievances were all Dissmissed. In Approximately the First or Second week of may there was blood being Discharged when I catheterd and the urine had Avery Foul ammonious smell To it. By this time, I had been Reusing single use Latex catheters. As I Complained, less and less Attention was given to me and the situation got worse. by this point I had written The head Nurse Mrs. Laury and Supervising Nurse Mrs. Mohammed. Nurse Laury only Referred it to the other Nurses. I Finally Saw Sup. Nurse Mohammed who had brought me A couple of catheters that were too small.

4

At This time my Prostate was swelling And making it difficult To catheter. My Left Testicle was beginning to Swell. I was unable to eat sleep or Even Lay Down without Discomfort. It took my Loud Verbal Protests And Calls To the medical Director Dr. Rodriguez Before I was Seen by the Doctors on The Unit. I was held in Division 8 Residential Medical Unit. The Doctors At the Time were Dr Defuniak md. And Dr Tremel PA.. I believe I saw Dr. Defuniak First And was told that I was An Infection And Not to worry About it. I was given Antibiotics And Pain medication which was Seldomly Dispensed properly. I Complained many times to Nurses; Garbo, moss, McBride And Jackie About my medications, but was Ignored. I maintained Regular fevers And was Loosing weight. Diarrhea was Also A constant Situation. Twords the end of May 2006, The situation was Soo bad, That my Left Testicle was Approximately The Size of my Fist. In all This time I was told that I would see the Urologist, but Never Did. It took Sgt. Hayes And my Inability To handle the Pain any Longer to be sent To the hospital. I Think I First went To John H Stroger Hospital where I was Diagnosed with epididimitis was given Pain medications And Put on IV's. I was Returned that evening with prescribed Antibiotics And Pain medications. It Took Approximately 3-4 Days for my Antibiotics

5.1

Revised 9/2007

AND WAS DENIED the pain medications. I was told that I didn't
need them and would be fine. Two Nights later I was sent to
Mt. Sinai Hospital. The symptoms persisted and got worse. In
the last week of May 2006, I finally was seen by Dr. Vidal
the urologist. I was told that my infection should have never
gone this far. Dr. Vidal prescribed medications for Pain, infection
fever, diarrhea and yogurt to replenish the good bacteria in my
colon. Again, much of what was prescribed was not given
In Addition, Dr. Vidal told me to watch out for Abscessing, that
it could be dangerous. I informed Dr. Tremel and he told
me not to worry, that when I got down state it would be
taken care of. Around the 2nd or 3rd day after my visit
with Dr. Vidal the Abscessing on the already swollen testicle
began. The pain got worse and my testicle began changing color.
Through all this time, I continually complained to Nurses and
wrote Grievances to no avail. I saw Dr. Tremel in
the Hallway and pleaded to see him. When he finally called,
I showed me the Abscessing and was told that I would be
leaving soon and he could do no more. On June 5th 2006
I was sent from Cook County Jail to Dixon Correctional
Center. Upon Intake processing at Dixon C.C., I informed
the nurse about my situation. The Nurses response was that
Cook County Jail neglected to send my medical file and asked

5.2

To see my testicle. When I showed her, She was Suprised and said that I should have never been sent in this Condition. I was then seen by Dr. Colgan PA & Dr. Ngu MD. (the main Dr. at Dixon). They asked "me" what I was taking and Continued the medications. The fevers Persisted, Along with the Diahrrea, Pain, weight Loss and my testicle was getting Danker. About 5-7 days Later I was Admitted to the Infermery at Dixon C.C. . My Situation only worsened. I was told by Dr. Ngu, Dr. Deliya That I Almost Died. One Night while in the Infermery, I Reached A fever of 106.3° And they couldn't get it under 104°. Dr. Colgan was Called And Dixon C.C was given the OK to send me out to KSB Hospital in Dixon, IL. . I dont Know what happened There, but I had to be Air Lifted by "Air Angles Rescue" To Illinois Medical Center Hospital in Chicago. Again, I was told by Dr. Nash MD. At the Hospital. That I Almost Died because my testicle had gone Necrotic and was poisoning my body and blood. My Left Testicle was Removed and A Pic Line was Placed in my Right Arm in order to Receive Introvenous medications. Although my testicle was Removed, my blood was infected and Contracted A staff infection. Because of The infection in my blood, The Pic Line and my vein had collected the Infection and they both, Pic Line & vein, had to be Removed. I Now had to get A central Line that was placed in An Artery in my

5.3

Revised 9/2007

chest in order to receive my I.V. medications. I now have a scar from the bend in my elbow, inner right arm, up to my collar bone above my chest. The scar is approximately 12-14" long. I stayed over a month at Illinois medical center Hospital in Chicago. In that time, I went from critical care to intensive care then to a regular floor. I was discharged in mid July to the Infirmery at Dixon Correctional Center. I stayed in the Infirmery for another 1-2 months still on I.V. antibiotics. I lost at least 50 Lbs. in weight, my left testicle, and the vein in my right bicept. Around December 2007 I began gaining weight. It took me about 6 mos. to recover to 75% of my health. I suffer circulatory problems, and psychological problems because of this incident. I do not feel complete and suffer from depression and anxiety disorder now. It was wrong what Cermak Health Services of Cook County and the doctors and nurses working at the Cook County Jail did and allowed to happen to me. They did the complete the complete opposite of what their job description says, Health Care Providers they are not. This is a case of medical negligence and deliberate indifference. They violated my rights as a detainee and worse as a human bieng. I would also include criminal neglegence because they knew it was wrong not to help me. Upon my release my fiancee and I

Revised 9/2007

were blessed with a child. The child was born with a birth defect. My Fiancee' and I were told that without the proper research, It couldn't be said for sure, but that It may be possible a link between my Illness and the medications and possible continual use of my Depression medications that caused my sons birth Defect. The Doctor said that a list of all medications and the length & strength of them to be sure.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I am asking The Court To Grant me Relief in the Amount of 3.5 million Dollars. I ask This because of the physical Damage Caused, Loss of Vital body Parts, Mental Anguish, Pain and Suffering and their Complete and Utter Disregard of A Human Life.

**VI.    The plaintiff demands that the case be tried by a jury.**  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  3ᴿᴰ  day of  MARCH , 20 08

_Heriberto Rios_
(Signature of plaintiff or plaintiffs)

Heriberto Rios
(Print name)

2008 000 3535
(I.D. Number)

2650 S. California Ave
Chicago, IL. 60608
(Address)

Revised 9/2007