STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

FILED
APR 3 0 2008 aew
4-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**AFFIDAVIT**

On this 21st day of April (~~March~~) 2008, I have sent 14 copies and 1 original of my complaint under the Civil Rights Act 42 U.S.C. §1983. It has been placed in the Cook County Jail institutional mail (2650 S. California Ave., Chicago, IL. 60608) through the Law Library. It is being mailed in 3 - 9x12 envelopes marked 1-3 of 3. The original is in 1 of 3. They have been sealed and given to Ms. Jones, in her presence. The seals have been also initialed to verify tampering. Heriberto Rios (Plaintiff) v. Cermak Health Services of Cook County, Dr. Sergio Rodriguez Med. Dir., Dr. Connie Mansilla Asst. Dir., Dr. Dekuniak MD., Dr. Tremel P.N., Ms. Laury Head Nurse, Ms. Mohammed Sup. Nurse, Nurse Garbu, Nurse McBride, Nurse Jackit, Nurse Moss, Nurse Willis, Nurse Davis. (Defendants)

**08CV2596**
**JUDGE CONLON**
**MAG. JUDGE NOLAN**

I, Heriberto Rios, being first duly affirmed despose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

/s/ Heriberto Rios
AFFIANT

Subscribed and affirmed to before me this 21st day of April, 2008

/s/ Notary Public

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011