COUNTY OF COOK ) Heriberto Rios v.
) ss Cermak Health Services of Cook County et al.
)

FILED
MAY 14 2008
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**AFFIDAVIT**   08C2596

On this 21st day of April 2008, I have sent 14 copies and 1 original of my complaint under the Civil Rights Act 42 U.S.C. §1983. It has been placed in the Cook County Jail institutional mail (2650 S. California Ave., Chicago, IL 60608) through the Law Library. It is being mailed in 3- 9×12 envelopes marked 1-3 of 3. The original is in 1 of 3. They have been sealed and given to Ms. Jones, in her presence. The seals have been also initialed to verify tampering. Heriberto Rios (Plaintiff) v. Cermak Health Services of Cook County, Dr. Sergio Rodriguez M.D. Dir., Dr. Connie Mennella Asst. Dir., Dr. DeFuniak M.D., Dr. Tremel P.A., Ms. Lavey Head Nurse, Ms. Mohamed Sup. Nurse, Nurse Garbu, Nurse McBride, Nurse Jackie, Nurse Moss, Nurse Willis, Nurse Davis, (Defendants)

I, Heriberto Rios being first duly affirmed depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

AFFIANT

Subscribed and affirmed to before me
this 21st day of April, 2008

Notary Public

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011