5-29-08 Thur. 3:00 pm EP

**FILED**
JUN 16 2008
JUN 1 6 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Honorable Judge Suzanne B. Conlon,
RE: Heriberto Rios v. Cermak Health Services, CASE # 08 C 2596

I am writing because I need help with my case. I was assisted by another detainee when I originally filed and sent it in. The person that helped me is no longer here and I don't know what I'm doing. I am only called to the Law Library once every two weeks or so and it's not enough. I am a laymen concerning the Law and its proceedings. I read the instructions concerning sending documents to the court and a proof of service and will do so with everything I send the court. I have tried to obtain representation but have received no response to my letters. On the Order I received copies of. It states that I have to mail defendants copies of filings, what are filings? I do not want to jeopardize my case because I'm not sure or dont know. Also, I was told that I could ask your Honor for a court order to attend the Law Library twice a week. If so, may I?

Respectfully,

Heriberto Rios

5-29-08, Thur. 2:30 pm

Honorable Judge Suzanne B. Conlon,
RE: Heriberto Rios V. Cermak Health Services, Case # 08 C 2596

On 05/28/08 I received from the Court forms containing Docket entry text and statement. The statement needs correction; the incident occurred in 2006, and there is mention to Superintendent Nurse Mohammed when it's actually Supervising Nurse Mohammed.

I would like to add Todd H. Stroger acting President Board of Cook County Commissioners, Ruth M. Rothstein Bureau of Health Services and John M. Raba, M.D. Chief operating officer Chief Medical Director. To my civil action against Cermak health Services.

Also, please find the Consent to Exercise of Jurisdiction By U.S. Magistrate Judge form signed by me as requested.

Respectfully,
Heriberto Rios

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    ) SS
                  )

## AFFIDAVIT

On this 2nd day of June 2008, I am sending one original and two copies of the following through the Cook County Jail Institutional Mail Service to the United States District Court Northern District of Illinois; Consent to Exercise Jurisdiction, Correction letter with adding of Todd H. Stroger, Ruth M. Rothstein and John M. Raba. All pertaining to: Heriberto Rios V. Cermak Health Services, Honorable Judge Conlon, Case #08 C 2596. Also enclosed will be a letter asking for legal assistance due to lack of understanding in legal matters. This is being done in the presence and through Ms. Jones (Law Librarian Cook County Jail). Envelope seals have been initialed to verify tampering.

I, Heriberto Rios being first duly affirmed despose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_____
AFFIANT

Subscribed and affirmed to before me this 2nd day of June, 2008

_____
Notary Public

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011