| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>ATTORNEY APPEARANCE FORM |
|---|
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. |

| In the Matter of: HERIBERTO RIOS<br><br>v.<br><br>Dr. Sergio Rodriguez et al. | Case Number:   08 C 02596 |
|---|---|
| | Judge:   Suzanne B. Conlon |

| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: |
|---|
| Dr. Defuniak, Dr. Tremel, Nurse Laury, Nurse Mohammed, Nurse Garbo, Nurse Willis, Nurse Davis, Nurse Moss, Nurse Jackie, Nurse McBride |

| SIGNATURE   /s/ Michael A. Kuczwara Jr. ARDC# 6281924 |
|---|
| FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS   RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500 |
| CITY/STATE/ZIP   CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281924 | TELEPHONE NUMBER<br>(312) 603-3233 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |