### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HERIBERTO RIOS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2596 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne Conlon |
| CERMAK HEALTH SERVICES OF COOK | ) | |
| COUNTY, DR. SERGIO RODRIGUEZ MED DIR | ) | Magistrate Judge Nolan |
| DR. CONNIE MANELLA ASST. DIR, | ) | |
| DR. DEFUNIAK M.D., DR. TREMEL, P.A. | ) | |
| MS. LAURY HEAD NURSE, | ) | |
| MS. MOHAMMED SUP. NURSE | ) | |
| NURSE GARBO, NURSE WILLIS | ) | |
| NURSE McBRIDE, NURSE DAVIS, | ) | |
| NURSE JACKIE, NURSE MOSS | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**.

NOW COME the Defendants, Dr. Defuniak, Dr. Tremel, Ms. Laury, Ms. Mohammed, Nurse Garbo, Nurse Willis, Nurse McBride, Nurse Davis, Nurse Jackie, Nurse Moss, through their attorney Richard A. Devine, through his assistant, Michael A. Kuczwara Jr., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That based upon information and belief, the above named Defendants were served with process, on or about July 10, 2008.

2. On July 25, 2008, the State's Attorney's Office assigned this case to Michael A. Kuczwara Jr.

3. That undersigned has ordered all records that may be related to Plaintiff's federal claims and needs time to review the documents and speak with the Defendants in this case.

4. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

a. That this Honorable Court grant an enlargement of time, up to and including August 29, 2008, for Defendants to file an Answer or otherwise plead;

b. And to grant any other relief it deems necessary and just.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.
Assistant States Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3233