**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HERIBERTO RIOS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2596 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne Conlon |
| CERMAK HEALTH SERVICES OF COOK | ) | |
| COUNTY, DR. SERGIO RODRIGUEZ MED DIR | ) | Magistrate Judge Nolan |
| DR. CONNIE MANELLA ASST. DIR, | ) | |
| DR. DEFUNIAK M.D., DR. TREMEL, P.A. | ) | |
| MS. LAURY HEAD NURSE, | ) | |
| MS. MOHAMMED SUP. NURSE | ) | |
| NURSE GARBO, NURSE WILLIS | ) | |
| NURSE McBRIDE, NURSE DAVIS, | ) | |
| NURSE JACKIE | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    **Heriberto Rios**
       #2008-0003535
       Cook County Jail
       P.O. Box 089002
       Chicago, IL 60608

   **PLEASE TAKE NOTICE** that on August 5, 2007, at 9:00 a.m., I shall appear before the Honorable Suzanne Conlon in the courtroom usually occupied by him in Room 1743 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                              Respectfully Submitted,
                              RICHARD A. DEVINE
                              State's Attorney of Cook County

                    By:    /s/Michael A. Kuczwara Jr.
                           Michael A. Kuczwara Jr.
                           500 Richard J. Daley Center
                           Chicago, Illinois 60602
                           (312) 603-3233

## CERTIFICATE OF SERVICE

I, Michael A. Kuczwara, Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on July 30, 2008.

/s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.