# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2596 | **DATE** | 8/5/08 |
| **CASE TITLE** | HERIBERTO RIOS vs. CERMAK HEALTH SERVICES OF COOK COUNTY, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' motion for enlargement of time to 8/29/08 to answer or otherwise plead [24] is granted. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02596   Document 26   Filed 08/05/2008   Page 1 of 1

08C2596 HERIBERTO RIOS vs. CERMAK HEALTH SERVICES OF COOK COUNTY, ET AL    Page 1 of 1