United States District Court
Northern District of Illinois
Eastern Division

FILED HH
LCW
AUG 2 2 2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Heriberto Rios, )
)
    Plaintiff, )
) 08 C 2596
)
)
)
) Honorable Judge
) Suzanne Conlon
VS. )
)
)
Cermak Health SErvices of )
Cook County ET. AL. ) Magistrate Judge Nolan
)
)
)

## Plaintiffs Motion For Reconsideration Of Appointment Of Counsel

Now comes the Plaintiff, Heriberto Rios, persuant to Rule 7(b) of the Federal Rules of Civil Procedure, states as follows;

1. on May 20.2008, plaintiff was granted leave in Forma Pauperis in case titled Heriberto Rios VS. Cermak Health Services Of Cook County ET.AL., Case number 08 C 2596.

2. Honorable Court denies Plaintiff Motion for Appointment of Counsel for following;

    a. Honorable Court states not warranted at time,

    b. Plaintiff lacks demonstration of unsuccessful attempts to obtain counsel,

3. Plaintiffs May 29, 2008 letter to Court asking for leave to Appointment of Counsel due to lack of knowledge and layman to Legal Proceedings received by court on June 16, 2008.

4. On July 15, 2008, Plaintiff sent through Cook County Jail Mail System attached letter to the following Attorneys seeking Legal Representation in aforementioned case;

° James R. Fennerty & Associates
    312-345-1704

° Donna E. Fernandez
    SmithAmundsen LLC
    312-894-3203

° Allan C. Hoffman & Associates
    312-855-0000

° Angela M. Riccio & Associates
    312-345-7500

° Goldberg Weisman & Cairo LTD.
    312-464-1200

° Sheldon Hodes & Associates
    312-346-9733

° Ribbeck & Kelly
    773-489-6400

5. The Plaintiff has been trying to receive adequate time in the Cook County Jail Law Library to understand and prepare for the aforementioned case without success.

6. The plaintiff has been trying to attain records that relate to aforementioned case without success.

7. The undersigned Plaintiff is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Plaintiff requests that this Honorable Court grant the following relief;

    a. That this Honorable Court grant the Plaintiff Leave For Appointment Of Counsel,

    b. That this Honorable Court grant the Plaintiff a Court Order ordering the Cook County Jail to Allow the Plaintiff to use the Law Library for one hour a day five days a week, ( monday through Friday ),

    c. And to grant any other relief the Honorable Court deems necessary and just.


DATE: August 14, 2008

Respectfully Submitted,

*Heriberto Rios* (signature)

Heriberto Rios
#20080003535
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Heriberto Rios
#20080003535
P.O.Box 089002
Chicago, IL.
60608

RE: Legal Representation In Section 42 U.S.C.S.1983 Civil Complaint

Dear

I am seeking Legal Representation in a Section 42 U.S.C.S 1983 Civil Complaint against Cermak Health Services Of Cook County, it's Physicians and Nurses. Cermak Health Services Of Cook County is the health care prvvider for the Cook County Jail. I am bringing a Civil Complaint against them for; Medical Malpractice, Medical Neglegence , Deliberate Indifference and Criminal Neglegence.
In 2006', I was incarcerated at The Cook County Jail and contracted an Infection that was neglected or at best barely cared for. This neglect was the result of the loss of a Vital Bodily Organ and permanent Bodily Scarring.
I am a Layman to the Law and it's proceedings in these situations and am seeking Legal Representation.
Thank You for your time and consideration in this matter.


Sincerely,


Heriberto Rios