UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

| | | |
|---|---|---|
| HERIBERTO RIOS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2596 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Suzanne Conlon |
| CERMAK HEALTH SERVICES OF COOK | ) | |
| COUNTY, DR. SERGIO RODRIGUEZ MED DIR | ) | Magistrate Judge Nolan |
| DR. CONNIE MANELLA ASST. DIR, | ) | |
| DR. DEFUNIAK M.D., DR. TREMEL, P.A. | ) | |
| MS. LAURY HEAD NURSE, | ) | |
| MS. MOHAMMED SUP. NURSE | ) | |
| NURSE GARBO, NURSE WILLIS | ) | |
| NURSE McBRIDE, NURSE DAVIS, | ) | |
| NURSE JACKIE | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   **Heriberto Rios**
      #2008-0003535
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

   PLEASE TAKE NOTICE that on August 27, 2008, I caused to be filed with the Federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendants' Answer.

                              Richard A. Devine
                              State's Attorney of Cook County
                       By:    /s/  Michael A. Kuczwara Jr.
                              Michael A. Kuczwara Jr.
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, Illinois 60602

**CERTIFICATE OF SERVICE**

   I, Michael A. Kuczwara, Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on August 27, 2007.

                                     /s/Michael A. Kuczwara Jr.
                                     Michael A. Kuczwara Jr.